# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**SAMUEL BURWELL, JR.**                                                                 **PLAINTIFF**

V.                              No. 3:21-CV-00180-ERE

**KILOLO KIJAKAZI, Acting**
**Commissioner of Social Security**                                         **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, judgment is entered for the Commissioner and this case is closed.

IT IS SO ORDERED this 29th day of April, 2022.

_____
UNITED STATES MAGISTRATE JUDGE